IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00740-RPM

SUGEY GUERRERO-PARADA and
CARLA SOTO-GUERRERO, a Minor, By Her Next Friend, Sugey Guerrero-Parada,

     Plaintiff,
v.

STEVE TURZA,
CHRISTOPHER CARTER, and
VANESSA HIPS,

     Defendants.
_____

ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
_____

On January 13, 2012, the plaintiffs filed Motion for Leave to File Amended Complaint to add additional plaintiffs and defendants [19]. The Scheduling Order entered on November 22, 2011, requires all amendments to the pleadings to be filed by January 6, 2012, as the plaintiffs note in their motion for leave to file amended complaint. The motion does not allege any good cause to extend that deadline. Indeed, plaintiffs' counsel informs that Defendant Turza's counsel provided the names of additional ICE agents on December 12, 2011, and the plaintiffs and their counsel were aware of the other occupants of the house at the time of the events giving rise to the claims in this case. Defendant Steve Turza filed a motion to partially dismiss the amended complaint on January 30, 2012, pointing out that the claims are barred by the two-year statute of limitations and there is no basis for equitable tolling. It is now

ORDERED that the motion for leave to file amended complaint is denied and the Defendant Turza's motion to partially dismiss amended complaint is moot.

DATED: March 15th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge