**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | January 25, 2013 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

___

Civil Action No. 11-cv-00740-RPM

| | |
|---|---|
| SUGEY GUERRERO-PARADA and | Theodore G. Hess |
| CARLA SOTO-GUERRERO, a minor by her next friend, | |
| Sugey Guerrero-Parada, | |

     Plaintiffs,

v.

| | |
|---|---|
| STEVE TURZA, | Sean R. Gallagher |
| CHRISTOPHER CARTER, | William T. O"Connell, III |
| VANESSA HIPS, and | Megan E. Harry |

     Defendants.

___

**COURTROOM MINUTES**
___

**Hearing on Motions for Summary Judgment**

**3:28 p.m.       Court in session.**

Plaintiffs present.

Court's preliminary remarks.

3:32 p.m.        Argument by Mr. Gallagher.

**ORDERED:   Defendants' [23] Motion for Summary Judgment with respect to the Fourth Amendment claim is denied.**

3:35 p.m.        Argument by Mr. Hess (Fifth Amendment Claim).
3:45 p.m.        Argument by Mr. O'Connell.

**ORDERED:   Defendants' Joint Motion for Summary Judgment [23], with respect to the Fifth Amendment claim is granted,**

             **Plaintiff's Motion for Summary Judgment [25], is denied with respect to the Fourth Amendment claim.**

             **Pretrial conference set April 26, 2013 at 2:00 p.m.**

**3:52 .m.        Court in recess.**   Hearing concluded.  Total time: 24 min.