IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00740-RPM

SUGEY GUERRERO-PARADA and
CARLA SOTO-GUERRERO, a Minor, By Her Next Friend, Sugey Guerrero-Parada,

    Plaintiff,
v.

STEVE TURZA,
CHRISTOPHER CARTER, and
VANESSA HIPS,

    Defendants.
_____

ORDER ON MOTIONS FOR SUMMARY JUDGMENT
_____

Pursuant to the hearing held today and for the reasons stated orally by the Court, it is

ORDERED that the defendants' motion for summary judgment seeking dismissal of the claim for relief under the Fourth Amendment is denied and it is

FURTHER ORDERED that the plaintiffs' motion for summary judgment on that claim is denied because of disputed issues of fact and it is

FURTHER ORDERED that the defendants' motion for summary judgment of dismissal of the claim for relief under the Fifth Amendment is granted.

DATED: January 25, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge