IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00740-RPM

SUGEY GUERRERO-PARADA and
CARLA SOTO-GUERRERO, a Minor, By Her Next Friend, Sugey Guerrero-Parada,

      Plaintiffs,

v.

STEVE TURZA,
CHRISTOPHER CARTER, and
VANESSA HIPS,

      Defendants.

---

### ORDER SETTING TRIAL DATE

---

      Pursuant to the conference today, it is

      ORDERED that this matter is set for trial to jury on **December 9, 2013, at 8:30 a.m.,** in

Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver,

Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      Dated: July 18th, 2013

                       BY THE COURT:

                       s/Richard P. Matsch
                       _____

                       Richard P. Matsch, Senior District Judge