IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00740-RPM

SUGEY GUERRERO-PARADA and
CARLA SOTO-GUERRERO, a Minor, By Her Next Friend, Sugey Guerrero-Parada,

    Plaintiff,

v.

STEVE TURZA,
CHRISTOPHER CARTER, and
VANESSA HIPS,

    Defendants.

_____

## ORDER RESCHEDULING TRIAL
_____

    Because of delays in the trial now before the Court because of inclement weather, it is

    ORDERED that the trial date in this matter is continued to March 31, 2014.

    DATED: December 5th, 2013

               BY THE COURT:

               s/Richard P. Matsch
               _____
               Richard P. Matsch, Senior Judge