IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Case No. 11-cv-00740-RPM

SUGEY GUERRERO-PARADA, and
CARLA SOTO-GUERRERO, a minor, by her next friend, Sugey Guerrero-Parada,

    Plaintiffs,

v.

STEVE TURZA,
CHRISTOPHER CARTER, and
VENESSA HIPPS,

    Defendants.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on March 31, 2014, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 3rd day of April, 2014.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFFS

_____
ATTORNEY FOR DEFENDANTS