**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.11-cv-00740-RPM

SUGEY GUERRERO-PARADA, and
CARLA SOTO-GUERRERO, a minor, by her next friend, Sugey Guerrero-Parada,

    Plaintiffs,

v.

STEVE TURZA,
CHRISTOPHER CARTER, and
VENESSA HIPPS,

    Defendants.

_____

**FINAL JUDGMENT**
_____

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This matter was tried from March 31, 2014, through April 3, 2014, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that plaintiff Sugey Guerrero-Parada proved by a preponderance of the evidence that defendant Steve Turza violated the Fourth Amendment and awarded nominal damages in the amount of $1.00. The jury further found that defendants Christopher Carter and Vanessa Hipps did not violate the Fourth Amendment. Accordingly, it is

    ORDERED that judgment is entered in favor of plaintiffs Sugey Guerrero-Parada and Carla Soto-Guerrero, and against defendant Steve Turza in the amount of $1.00. It is

    FURTHER ORDERED that post judgment interest shall accrue at the legal rate of 0.13% from the date of entry of this judgment. It is

    FURTHER ORDERED that plaintiffs Sugey Guerrero-Parada and Carla Soto-Guerrero shall have

Civil Action No. 11-cv-00740-RPM
Page 2

their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of

judgment.

    DATED at Denver, Colorado, this 3rd day of April, 2014.

                FOR THE COURT:

                Jeffrey P. Colwell, Clerk

                      s/J. Chris Smith
           By:   _____
                    Deputy Clerk